# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 4, 2024

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

    Re:  Suzy Martin
           v. Susan Haling, et al.
           No. 23-1269
           (Your No. 22-3108)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 30, 2024 and placed on the docket June 4, 2024 as No. 23-1269.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst